IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00483-FDW
(3:11-cr-00403-FDW-2)

| JAMES POWELL, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on Petitioner's pro se motion for a certificate of appealability.

On November 26, 2014, the Court entered an order denying and dismissing Petitioner's § 2255 motion to vacate his criminal judgment following an initial review, and the Court denied a certificate of appealability. Petitioner appealed and the Fourth Circuit dismissed his appeal and likewise denied a certificate of appealability. See United States v. Powell, No. 15-6120, 2015 U.S. App. LEXIS 6582 (4th Cir. Apr. 21, 2015). Petitioner's present motion for a certificate of appealability will be dismissed as moot.

**IT IS, THEREFORE, ORDERED** that Petitioner's motion for a certificate of appealability will be **DISMISSED as moot**. (Doc. No. 8).

**IT IS SO ORDERED.**

Signed: April 22, 2015

Frank D. Whitney
Chief United States District Judge